UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMMY JOE SANCHEZ,

          Plaintiff,

  v.

TOREY CASEY, BRIAN FILYAW, SHANE FLEMING, STANELY TAYLOR, LUKE BURGHER.

          Defendants.

CASE NO. C14-5406 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court dismisses this action without prejudice on plaintiff's motion. The Court's authority for the dismissal is Fed. R. Civ. P. 41(a)(1). Defendants did not file an answer or motion for summary judgment prior to plaintiff filing his motion to dismiss the action. Pursuant to 28 U.S.C. § 1915(b)(1) plaintiff must still pay the full filing fee.

DATED this 15th day of August, 2014.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1